IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA PERKINS, PATRICIA BERES, JAYME EEMAN, AND CYNTHIA JOHNSON-LANOHA, | ) ) ) ) | CASE NO: 8:06CV44 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| THE FUNNY BONE COMEDY CLUB OF OMAHA, INC. | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiffs' Motion to Strike (Filing No. 25), asking that Filing No. 24 be stricken because an incorrect document is attached. The Court, being duly advised in the premises, finds that said Motion should be granted.

IT IS ORDERED:

1. Plaintiffs' Motion to Strike [25] is granted.

2. Filing [24] is stricken, and plaintiffs may file a corrected document.

DATED May 8, 2006.

                        BY THE COURT:

                        s/ F.A. Gossett
                        United States Magistrate Judge