# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANDRA PERKINS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV44** |
| **vs.** ) | |
| ) | **ORDER** |
| **THE FUNNY BONE COMEDY CLUB** ) | |
| **OF OMAHA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' Joint Motion to extend the deposition deadline [70] is granted, and the deposition deadline is extended to January 2, 2007. All other progression order deadlines set in Order [53] remain in effect.

**DATED October 19, 2006.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**