# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SANDRA PERKINS, et al.,** | ) | |
| **Plaintiffs,** | ) ) ) | **8:06CV44** |
| vs. | ) ) ) | **ORDER** |
| **THE FUNNY BONE COMEDY CLUB OF OMAHA, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' Joint Motion to extend the deposition deadline [70] is granted, and the deposition deadline is extended from January 2, 2007 to March 1, 2007. All other progression order deadlines set in Order [53] remain in effect.

**DATED December 18, 2006.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**