IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA PERKINS, PATRICIA BERES, JAYME EEMAN, AND CYNTHIA JOHNSON-LANOHA, | ) ) ) ) | CASE NO. 8:06CV44 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| THE FUNNY BONE COMEDY CLUB OF OMAHA, INC. | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiffs' Motion For Extension of Time (Filing No. 101), in which they seek an extension of time in which to file their response to Defendant's Motion for Summary Judgment from February 20, 2007 to March 6, 2007. The Defendant does not object to the motion, and the Court finds that Plaintiffs' Motion should be granted.

IT IS ORDERED:

1. The Plaintiffs' Amended Motion for Extension of Time (Filing No. 101) is granted;

2. Plaintiffs shall filed their response to Defendant's Motion for Summary Judgment on or before March 6, 2007; and

3. The Motion for Extension of Time (Filing No. 100) is deemed withdrawn by the Plaintiffs.

Dated this 13th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge