## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANDRA PERKINS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06cv44** |
| vs. ) | |
| ) | **ORDER** |
| **THE FUNNY BONE COMEDY CLUB,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** | |

This case is before the court on its own motion concerning the final pretrial conference set for May 3, 2007.

**IT IS ORDERED:**

The final pretrial conference is rescheduled to **Monday, May 7, 2007 at 2:00 P.M.**, in the chambers of Magistrate Judge David L. Piester, Room 566, Robert V. Denney U. S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated this 13th day of April 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge