IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDRA PERKINS, PATRICIA        )
BERES, JAYME EEMAN, and         )
CYNTHIA JOHNSON-LANOHA,         )
                                )
            Plaintiffs,         )                8:06CV44
                                )
        v.                      )
                                )
THE FUNNY BONE COMEDY CLUB OF   )                ORDER
OMAHA, INC.,                    )
                                )
            Defendant.          )
                                )

    IT IS ORDERED:

    Defendant's unopposed oral motion to reschedule the pretrial
conference is granted.  The pretrial conference will be held on
May 2, 2007 at 11:00 a.m. before the undersigned magistrate judge
in the chambers of the Honorable F. A. Gossett, Suite 2210, Roman
L. Hruska U. S. Courthouse, 111 South 18th Plaza, **Omaha,
Nebraska**.

    DATED this 16th day of April, 2007.

                        BY THE COURT:

                        s/ *David L. Piester*

                        David L. Piester
                        United States Magistrate Judge