IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA PERKINS, PATRICIA BERES, JAYME EEMAN, and CYNTHIA JOHNSON-LANOHA, | ) ) ) ) | CASE NO. 8:06CV44 |
| Plaintiffs, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| THE FUNNY BONE COMEDY CLUB OF OMAHA, Inc., | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court concludes that it should be approved.

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 141) is approved;

2. The Amended Complaint (Filing No. 56) and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

Dated this 24th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge